# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Neiman, Kenneth P. | U.S. Federal District Court | 05/10/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full Time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

300 State Street, Suite 250
Springfield, MA 01105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Neiman & Fierst: 50% Ownership of Rental Property #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/10/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Adjunct faculty (Western New England University School of Law) | $8,550.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-employed clinical social worker |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/10/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Northampton, MA | E | Rent | N | S | | | | | |
| 2. Banknorth, N.A. Savings | A | Interest | K | T | | | | | |
| 3. Wells Fargo Brok. Acct. trans to 1st Global (par. 4 to 8) | | | | | | | | | |
| 4. CMA Money Acct. now 1st Global Cap. Reserves | A | Int./Div. | K | T | | | | | |
| 5. Mass. Mun. Bond Funds | A | Int./Div. | K | T | | | | | |
| 6. Eaton Vance Tax Free | A | Int./Div. | K | T | | | | | |
| 7. Basic Value Fund (Black Rock) | A | Dividend | J | T | | | | | |
| 8. Fundamental Growth Funds (Black Rock) | | None | J | T | | | | | |
| 9. Bank of America: Savings/Checking | | None | | | Closed | 12/09/11 | J | | |
| 10. Wells Fargo Ret. Acct. trans. 1st Global (pr. 11-14, 16-17) | | | | | | | | | |
| 11. Berkshire Hathaway Class B | | None | K | T | | | | | |
| 12. Cash Management Account now Fidelity Cash Reserve | A | Interest | L | T | | | | | |
| 13. Loomis Sayles Investment Grade Bond Fd. Class C | A | Int./Div. | J | T | | | | | |
| 14. Loomis Sayles Strategic Income Fund Class C | A | Interest | J | T | | | | | |
| 15. Wells Fargo Cash/ Options | | None | | | Expired | 01/22/11 | J | | |
| 16. IShares Barclay Bond Fund | A | Interest | K | T | Buy | 01/14/11 | K | | |
| 17. SPDR Gold Trust | | None | K | T | Buy | 01/21/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wells Fargo IRA trans to 1st Global IRA (pars. 19-24, 26) | | | | | | | | | |
| 19. Berkshire Hathaway Fund A | | None | M | T | | | | | |
| 20. Retirement Res (Cash Management Acct) now Capital Reserves | A | Interest | J | T | | | | | |
| 21. Black Rock Strategic Dividend Achievers Trust | A | Dividend | J | T | | | | | |
| 22. Loomis Sayles Strategic Income Fund Class C | A | Dividend | | | Sold | 09/13/11 | J | | |
| 23. Mainstay High Yield Corp. Bond Fd. Class C | A | Dividend | | | Sold | 09/13/11 | J | | |
| 24. Loomis Sayles Investment Grade Fund Class C | A | Dividend | | | Sold | 09/13/11 | J | | |
| 25. Wells Fargo Cash/ Options | | None | | | Expired | 01/24/11 | J | | |
| 26. SPDR Gold Trust | | None | K | T | Buy | 01/21/11 | J | | |
| 27. American Beacon Small Caps Value Fund | A | Dividend | K | T | Buy | 09/14/11 | K | | |
| 28. Artio Global High Income Fund | A | Dividend | L | T | Buy | 09/14/11 | L | | |
| 29. Fidelity Advisor Global Common Stock Fund A | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 30. Fidelity Advisor Material Fund Class A | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 31. Harding Louvnes International Equity Portfolio Fund | A | Dividend | L | T | Buy | 09/14/11 | L | | |
| 32. Hartford Float Rate Fund Class I | A | Dividend | K | T | Buy | 09/14/11 | K | | |
| 33. LM Clearbridge Eq. Income Builder Fund A | A | Dividend | L | T | Buy | 09/14/11 | L | | |
| 34. Loomis Sayles Investement Grade Bond Fund Class Y | A | Dividend | K | T | Buy | 09/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley Inst International Real Estate Fund | A | Dividend | K | T | Buy | 09/14/11 | K | | |
| 36. Oppenheimer Dev. Markets Fund - Class A | A | Distribution | K | T | Buy | 09/14/11 | K | | |
| 37. Royce 100 Fund Service Class | | None | K | T | Buy | 09/14/11 | K | | |
| 38. Galaxy Retirement Fund | | None | J | T | | | | | |
| 39. Retir. Acct., Pershing LLC Custodian (pars. 40-106) | | | | | | | | | |
| 40. Berkshire Hathaway Fund B | | None | K | T | Buy (add'l) | 01/28/11 | J | | |
| 41. | | | | | Buy (add'l) | 08/11/11 | J | | |
| 42. American Express Common Stock | A | Dividend | J | T | Sold (part) | 09/29/11 | J | | |
| 43. Johnson & Johnson Common Stock | A | Dividend | K | T | Sold (part) | 09/29/11 | J | | |
| 44. Pershing Gov't Account Cash Reserves | A | Interest | K | T | | | | | |
| 45. Pfizer Inc. Common Stock | A | Dividend | | | Sold (part) | 01/20/11 | J | | |
| 46. | | | | | Sold (part) | 09/15/11 | J | | |
| 47. | | | | | Sold | 09/16/11 | J | | |
| 48. Walt Disney Co, Common Stock | A | Dividend | | | Sold | 06/15/11 | J | | |
| 49. Kraft Foods, Inc. Common Stock | A | Dividend | J | T | Sold (part) | 03/21/11 | J | | |
| 50. | | | | | Buy (add'l) | 06/29/11 | J | | |
| 51. | | | | | Sold (part) | 08/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/23/11 | J | | |
| 53. Coca Cola Corp. Common Stock | A | Dividend | K | T | | | | | |
| 54. Pepsico Inc. Common Stock | A | Dividend | K | T | Buy (add'l) | 02/04/11 | J | | |
| 55. | | | | | Sold (part) | 09/30/11 | J | | |
| 56. | | | | | Buy (add'l) | 10/18/11 | J | | |
| 57. Aflac Inc. Common Stock | A | Int./Div. | | | Sold (part) | 03/11/11 | J | | |
| 58. | | | | | Sold | 05/11/11 | J | | |
| 59. Bristol Myers Squibb Co. Common Stock | A | Dividend | K | T | | | | | |
| 60. Canadian National Resources, Ltd Common Stock | A | Dividend | | | Sold | 09/07/11 | J | | |
| 61. Genuine Parts Co. Common Stock | A | Dividend | | | Sold | 09/06/11 | J | | |
| 62. Nestle SA Sponsored ADRS Registered Common Stock | A | Dividend | J | T | | | | | |
| 63. Procter & Gamble Co. Common Stock | A | Dividend | K | T | Sold (part) | 03/21/11 | J | | |
| 64. | | | | | Buy (add'l) | 03/25/11 | J | | |
| 65. Suncor Energy Inc. Common Stock | A | Dividend | | | Sold (part) | 02/14/11 | J | | |
| 66. | | | | | Sold | 08/02/11 | J | | |
| 67. United Health Group, Inc. Common Stock | A | Dividend | | | Sold | 08/11/11 | J | | |
| 68. Wells Fargo & Co. Common Stock | A | Dividend | K | T | Buy (add'l) | 05/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Exxon Mobil Corp. Common Stock | A | Dividend | | | Sold (part) | 10/18/11 | J | | |
| 70. | | | | | Sold | 10/20/11 | J | | |
| 71. Becton Dickinson Common Stock | A | Dividend | | | Sold | 02/15/11 | J | | |
| 72. BP PLC SPONS ADR Common Stock | A | Dividend | J | T | Sold (part) | 03/21/11 | J | | |
| 73. | | | | | Buy | 12/13/11 | J | | |
| 74. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 75. Abbott Labs Common Stock | A | Dividend | J | T | Buy | 02/15/11 | J | | |
| 76. | | | | | Buy (add'l) | 03/09/11 | J | | |
| 77. Merck & Co. Common Stock | A | Dividend | K | T | Buy | 04/26/11 | J | | |
| 78. | | | | | Sold | 05/19/11 | J | | |
| 79. | | | | | Buy | 08/16/11 | J | | |
| 80. | | | | | Buy (add'l) | 10/11/11 | J | | |
| 81. | | | | | Buy (add'l) | 10/21/11 | J | | |
| 82. Dell Inc. Common Stock | | None | | | Buy | 05/06/11 | J | | |
| 83. | | | | | Sold | 08/17/11 | J | | |
| 84. Microsoft Corp. Common Stock | A | Dividend | J | T | Buy | 05/26/11 | J | | |
| 85. | | | | | Sold | 06/16/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | Buy | 08/30/11 | J | | |
| 87. | | | | | | Buy (add'l) | 10/24/11 | J | | |
| 88. | | | | | | Sold (part) | 12/16/11 | J | | |
| 89. | Goldman Sachs Group Common Stock | | None | | | Buy | 06/02/11 | J | | |
| 90. | | | | | | Sold | 08/01/11 | J | | |
| 91. | WalMart Stores, Inc. Common Stock | A | Dividend | J | T | Buy | 07/13/11 | J | | |
| 92. | | | | | | Buy (add'l) | 07/22/11 | J | | |
| 93. | Chevron Corp. New Common Stock | A | Dividend | | | Buy | 08/05/11 | J | | |
| 94. | | | | | | Sold | 10/20/11 | J | | |
| 95. | Waste Management Inc. Common Stock | A | Dividend | J | T | Buy | 09/14/11 | J | | |
| 96. | Intel Corp. Common Stock | A | Dividend | | | Buy | 09/30/11 | J | | |
| 97. | | | | | | Buy (add'l) | 10/06/11 | J | | |
| 98. | | | | | | Sold | 11/23/11 | J | | |
| 99. | American International Group com. stock | | None | K | T | Buy | 10/19/11 | J | | |
| 100. | | | | | | Buy (add'l) | 10/24/11 | J | | |
| 101. | | | | | | Sold (part) | 11/25/11 | J | | |
| 102. | | | | | | Buy (add'l) | 12/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/10/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 104.  Sanofi Spons ADR | | None | J | T | Buy | 11/01/11 | J | | |
| 105.  Bank of New York Mellon Corp. Common Stock | | None | J | T | Buy | 12/06/11 | J | | |
| 106. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 107.  ING savings account | A | Interest | L | T | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Neiman, Kenneth P. | 05/10/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII (1): value method: total tax assessment by the City as of 12/31/11: $563,700

Part VII (3): Wells Fargo Brokerage Account (including paragraphs 4 through 8) transferred to 1st Global Capital Corp. Brokerage Account on 09/09/11.

Part VII (10): Wells Fargo Retirement Account (including paragraphs 11 through 14 and 16 through 17) transferred to 1st Global Capital Corp. IRA Account on 08/22/11.

Part VII (18): Wells Fargo Retirement Account (including paragraphs 19 through 24 and 26) transferred to 1st Global Capital Corp. IRA Account on 09/09/11. Further activity in 1st Global Retirement Account reflected in paragraphs 22 through 37.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kenneth P. Neiman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544